IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) No. 3:10-00288-01 |
| DEBORAH STEWART | ) |

## MOTION TO CONTINUE

Comes now the defendant, Deborah Stewart, by and through counsel, Jim Todd, respectfully requests that this Honorable Court to reset the day in which Mrs. Stewart has to report to the Bureau of Prisons, is currently set for December 3, 2012.

Counsel submits that as of today the Defendant has still not received her designation from the Bureau of Prisons. Counsel has spoken with representatives from the Bureau of Prisons and the US Marshall's office and neither entity can give a date certain as to when a facility will be designated. Defendant's family will need adequate time to make travel arrangements depending on the facility.

*Granted. Re-set for December 31, 2012*

*[signature]*

Respectfully submitted,

/s/ Jim Todd
Jim Todd #16320
218 Third Avenue North, Suite 200
Nashville, Tennessee 37201
Phone: (615) 628-9111
Counsel for Defendant Deborah Stewart

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been transmitted via the Court's electronic filing system to the Honorable Lynne Ingram Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203, on this the 28th day of November, 2012.

/s/ Jim Todd
Jim Todd